# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

## Request for Modifying the Conditions or Term of Supervision

**Name of Offender**
Ramon Scruggs

**Docket Number**
CR 08-00144-001 JW

FILED
FEB 21 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Name of Sentencing Judge:** The Honorable James Ware
United States District Judge

**Date of Original Sentence:** December 7, 2009

**Original Offense**
Count 1: Conspiracy to Commit Offenses Against the Unites States, 18 U.S.C. § 371, a Class D felony
Count 11: Money Laundering, 18 U.S.C. § 1965 (a)(2)(A), a Class C felony

**Original Sentence:** Two (2) years probation as to each count to run concurrent.
**Special Conditions:** special assessment $200.00; shall provide access to any requested financial information; shall not open any new lines of credit or incur new debt with prior permission from the probation officer; shall comply and cooperate with the IRS to pay any outstanding tax liabilities; shall consent to location monitoring for six (6) months at the discretion of the probation officer; shall be restricted to residence at all times except for activities approved by the probation officer; participate in a mental health treatment program; not have any contact with any co-defendant, in this case namely, Allan Danto or Heidi MacPherson aka: Heidi Lyn Pfeiffer; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; cooperate in the collection of DNA.

This matter has been assigned to the Honorable Edward J. Davila as a general duty matter.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Jeffrey Nedrow

**Date Supervision Commenced**
December 7, 2009
**Defense Counsel**
Scott Frewing (Appointed)

### Petitioning the Court

To modify the conditions of probation as follows:

The condition requiring the offender to participate in mental health treatment is suspended;

RE: Ramon Scruggs  
CR 08-00144-001 JW

2

The condition requiring the offender shall be restricted to his residence at all times except for activities approved by the probation officer, is applicable only while the offender is on the location monitoring program.

## Cause

In addition to the modifications recommended above, the Court is being advised that upon commencing his two (2) year term of probation on December 7, 2009, the offender was subsequently remanded into state custody in Ohio on December 14, 2009, for a previously adjudicated case. On December 12, 2012, the offender was released from state custody and recommenced his term of probation in the Central District of California. As a result, the offender's probation has been tolled from December 15, 2009 to December 11, 2012. The offender's new expiration date is now December 3, 2014. The probation officer in the Central District is requesting that the special conditions noted above be modified as indicated until further notice.

## Action Taken and Reason

Due to a recent assessment conducted by the mental health therapist, it has been determined the offender is not in need of mental health treatment at the present time. Further, the offender is currently in compliance with his location monitoring program, which he is scheduled to complete on June 28, 2013. It is believed it was the intent of the Court at sentencing that restricting the offender to his residence, applied only to when the offender was participating in the location monitoring program and at no other time.

Respectfully submitted,

_____  
Wayne A. Mirikitani  
U.S. Probation Officer Assistant  
Date Signed: February 12, 2013

Reviewed by:

_____  
Amy Rizor  
Supervisory U.S. Probation Officer

**RE:** Ramon Scruggs
CR 08-00144-001 JW

3

THE COURT ORDERS:

☒ The condition requiring the offender to participate in mental health treatment is suspended;

The condition the offender shall be restricted to his residence at all times except for activities approved by the probation officer, is applicable only while the offender is on the location monitoring program.

☐ Submit a request for a warrant
☐ Submit a request for summons
☐ Other:

_2/20/13_
Date

_[signature]_
The Honorable Edward J. Davila
United States District Judge

NDC-SUPV-FORM 12A 02/26/10